# In the United States Court of Federal Claims

No. 05-1119 L

Filed: May 4, 2016

```
******************************************
                                         *
ST. BERNARD PARISH GOVERNMENT            *
AND OTHER OWNERS OF REAL                 *
PROPERTY IN ST. BERNARD PARISH           *        Federal Rules of Evidence;
OR THE LOWER NINTH WARD OF THE           *        Rule 26 of the Rules of the United
CITY OF NEW ORLEANS,                     *           States Court of Federal Claims
                                         *            ("RCFC") (General provisions
        Plaintiffs,                      *           governing discovery).
                                         *
v.                                       *
                                         *
THE UNITED STATES,                       *
                                         *
        Defendant.                       *
                                         *
******************************************
```

**MEMORANDUM OPINION AND FINAL ORDER ON EVIDENTIARY ISSUES**

From November 18, 2013 to November 20, 2013, the court convened an evidentiary hearing in Washington, D.C. on Just Compensation due the owners of eleven Trial Properties. The exhibits identified herein, together with ECF and the testimony adduced at that hearing (DTR 1–801), comprise the record regarding the court's Memorandum Opinion And Partial Summary Judgment For Just Compensation entered today in this case.

## I. DOCUMENTS PROFFERED BY PLAINTIFFS THAT THE COURT RULES ARE ADMITTED INTO EVIDENCE.

| | | | | | | |
|---|---|---|---|---|---|---|
| SPX0471 | SPX0692 | SPX1200- (Page 30 only) | SPX1300 | SPX1301 | SPX1302 | SPX1303 |
| SPX1304 | SPX1305 | SPX1306 | SPX1307 | SPX1308 | SPX1309 | SPX1310 |
| SPX1311 | SPX1312 | SPX1313 | SPX1314 | SPX1315 | SPX1316 | SPX1317 |
| SPX1318 | SPX1319 | SPX1320 | SPX1321 | SPX1322 | SPX1323 | SPX1324 |
| SPX1325 | SPX1326 | SPX1327 | SPX1400 | SPX1401 | SPX1402 | SPX1403 |
| SPX1404 | SPX1405 | SPX1406 | SPX1407 | SPX1408 | SPX1409 | SPX1500 |
| SPX1501 | SPX1502 | SPX1503 | SPX1504 | SPX1505 | SPX1506 | SPX1507 |
| SPX1508 | SPX1509 | SPX1510 | SPX1513 | SPX1514 | SPX1515 | SPX1516 |
| SPX1517 | SPX1518 | SPX1601 | SPX1603 | SPX1604 | SPX1605 | SPX1606 |
| SPX1607 | SPX1611 | SPX1612 | SPX1613 | SPX1615 | SPX1617 | SPX1618 |
| SPX1619 | SPX1620 | SPX1622 | SPX1623 | SPX1624 | SPX1625 | SPX1627 |
| SPX1628 | SPX1800 | SPX1801 | SPX1802 | SPX1803 | SPX1805 | SPX1806 |
| SPX1900 | SPX1901 | SPX1902 | SPX1903 | SPX1904 | SPX1905 | SPX1906 |
| SPX1908 | SPX1909 | SPX2002 | SPX2003 | SPX2004 | SPX2100 | SPX2101 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SPX2102 | SPX2103 | SPX2104 | SPX2105 | SPX2106 | SPX2107 | SPX2108 |
| SPX2109 | SPX2110 | SPX2111 | SPX2112 | SPX2113 | SPX2114 | SPX2115 |
| SPX2116 | SPX2117 | SPX2118 | SPX2119 | SPX2120 | SPX2121 | SPX2122 |
| SPX2123 | SPX2124 | SPX2125 | SPX2126 | SPX2127 | SPX2128 | SPX2129 |
| SPX2130 | SPX2131 | SPX2132 | SPX2133 | SPX2134 | SPX2135 | SPX2137 |
| SPX2142 | SPX2200 | SPX2201 | SPX2202 | SPX2203 | SPX2204 | SPX2205 |
| SPX2206 | SPX2207 | SPX2208 | SPX2209 | SPX2210 | SPX2211 | SPX2212 |
| SPX2213 | SPX2214 | SPX2215 | SPX2216 | SPX2217 | SPX2218 | SPX2219 |
| SPX2220 | SPX2221 | SPX2222 | SPX2223 | SPX2224 | SPX2225 | SPX2226 |
| SPX2227 | SPX2228 | SPX2229 | SPX2230 | SPX2231 | SPX2232 | SPX2233 |
| SPX2234 | SPX2235 | SPX2236 | SPX2301 | SPX2302 | SPX2400 | SPX2401 |
| SPX2402 | SPX2500 | SPX2502 | SPX2505 | SPX2506 | SPX2507 | SPX2508 |
| SPX2509 | SPX2510 | SPX2511 | SPX2512 | SPX2515 | SPX2516 | SPX2517 |
| SPX2518 | SPX2519 | SPX2520 | SPX2521 | SPX2522 | SPX2533 | SPX2534 |
| SPX2535 | SPX2536 | SPX2537 | SPX2538 | SPX2539 | SPX2540 | SPX2541 |
| SPX2542 | SPX2543 | SPX2544 | SPX2545 | SPX2546 | SPX2547 | SPX2548 |
| SPX2549 | SPX2550 | SPX2551 | SPX2552 | SPX2553 | SPX2554 | SPX2555 |
| SPX2600 | SPX2601 | SPX2602 | SPX3005 | SPX3006 | SPX3007 | SPX3008 |
| SPX3009 | SPX3010 | SPX3011 | ECF240 | ECF241 | ECF242 | ECF243 |
| ECF245 | | | | | | |

To the extent the court has cited exhibits to which the Government objects, those objections are overruled. To the extent the court has not cited documents to which the Government objects, those objections are moot.

## II. DOCUMENTS PROFFERED BY THE GOVERNMENT THAT THE COURT RULES ARE ADMITTED INTO EVIDENCE.

| | | | | | | |
|---|---|---|---|---|---|---|
| DVX063 | DVX064 | DVX065 | DVX066 | DVX067 | DVX068 | DVX069 |
| DVX070 | DVX071 | DVX072 | DVX073 | DVX074 | DVX075 | DVX076 |
| DVX077 | DVX078 | DVX079 | DVX080 | DVX081 | DVX082 | DVX083 |
| DVX084 | DVX085 | DVX086 | DVX087 | DVX088 | DVX089 | DVX090 |
| DVX091 | DVX092 | DVX093 | DVX094 | DVX095 | DVX096 | DVX097 |
| DVX098 | DVX099 | DVX100 | DVX101 | DVX102 | DVX103 | DVX104 |
| DVX105 | DVX106 | DVX107 | DVX108 | DVX109 | DVX110 | DVX111 |
| DVX112 | DVX113 | DVX114 | DVX115 | DVX116 | DVX117 | DVX118 |
| DVX119 | DVX120 | DVX121 | DVX122 | DVX123 | DVX124 | DVX125 |
| DVX126 | DVX127 | DVX128 | DVX129 | DVX130 | DVX131 | DVX132 |
| DVX133 | DVX136 | DVX144 | DVX151 | DVX152 | DVX153 | DVX163 |
| DVX165 | DVX166 | DVX167 | DVX168 | DVX169 | DVX170 | DVX171 |
| DVX188 | DVX189 | | | | | |

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**